SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**SCOTT M. KERIN, OSB #965128**
Assistant United States Attorney
Scott.Kerin@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:08-cr-00205-MO-8 |
| v. | **ORDER DISMISSING CASE IN THE INTERESTS OF JUSTICE** |
| **SOSIMO PERAZA-VELAZQUEZ,** | |
| **Defendant.** | |

This matter, having come before the Court on the government's motion to dismiss in the interests of justice, charging the defendant with violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), 846, and 853, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

/ / /

/ / /

/ / /

/ / /

**Order Dismissing Case**                                                                                                      **Page 1**

IT IS HEREBY ORDERED that the Case, charging the defendant with violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), 846, and 853 in the above-captioned matter is DISMISSED.

Dated: September __23__, 2021

*Michael W. Mosman*
HON. MICAHEL W. MOSMAN
United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Scott M. Kerin*
SCOTT M. KERIN, OSB #965128
Assistant United States Attorney